# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JERRY W. WEST**  **PLAINTIFF**
**ADC #183658**

v.  Case No. 4:22-cv-00426-KGB

**CLARK, Sargeant, Pulaski County**
**Detention Center,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 30). No party has filed objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court grants defendants' motion for summary judgment (Dkt. No. 23). The Court dismisses with prejudice plaintiff Jerry W. West's claims against defendants Sargent Vickie Clark, Officer James Hill, Officer Jessica Anderson, Officer Kyra Jones, Officer Jasmine Knight, Lieutenant Denise Atwood, Officer Cody Smith, Admetha James, Officer Artisha Grant, De'Aja Koontz, and Takeylia Park (Dkt. No. 7). The relief requested is denied. For the reasons stated in this Order and the other Orders entered by the Court in this matter, the Court dismisses Mr. West's amended complaint consistent with the terms of this Court's Orders (Dkt. No. 7).

It is so ordered this the 26th day of August, 2025.

_____
Kristine G. Baker
Chief United States District Judge